GENEVA MINERAL SPRINGS COMPANY, LIMITED, Respondent, *v.* CHARLES A. STEELE, Appellant, and MARY E. COURSEY et al., Respondents, Impleaded with Others.

*Geneva Mineral Springs Co., Ltd.,* v. *Steele,* 156 App. Div. 879, affirmed.

(Argued March 23, 1915; decided June 18, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 20, 1913, affirming a judgment in favor of respondents entered upon a decision of the court on trial at Special Term in an action to recover a judgment determining that certain certificates of stock held and claimed by defendant, appellant, including certificates issued to him directly by the plaintiff corporation, and certificates and shares thereafter acquired by him, were void and directing that the same be surrendered to plaintiff for cancellation, and determining what persons are entitled to shares in the capital stock of the plaintiff and the number of shares to which each is respectively entitled.

*William S. Moore* for appellant.

*Myron D. Short* for plaintiff, respondent.

*Charles A. Hawley,* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.